**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

PAMELA BURNS, AS THE SURVIVING PARENT
OF PAULA SMITH, DECEASED, AND ALSO AS
REPRESENTATIVE OF THE HEIRS, MINOR
CHILDREN AND ESTATE OF PAULA SMITH,
DECEASED, AND/OR FOR THE USE AND
BENEFIT OF THE HEIRS, MINOR CHILDREN
OF PAULA SMITH, DECEASED; AND DELONDRE
HARRIS, INDIVIDUALLY, AND AS SURVIVING
FATHER/REPRESENTATIVE OF MINOR CHILD
OF PAULA SMITH, DECEASED,

    Plaintiffs,

v.

TAURUS INTERNATIONAL MANUFACTURING,
INC., AND TAURUS HOLDINGS, INC.,

    Defendants.

Civil Action File No.
2:19-cv-02071

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

DEFENDANTS Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., in accordance with Fed. R. Civ. P. 56 and Local Rule 56.1, hereby move the Court to enter summary judgment in favor of Defendants and against Plaintiffs on all claims set forth in Plaintiffs' Complaint. In support of the motion, Defendants rely upon their Memorandum of Law and Statement of Material Undisputed Facts filed contemporaneously herewith, and all matters of record.

WHEREFORE, Defendants respectfully request that the Court enter summary judgment in favor of Defendants and dismiss the Complaint in its entirety, with prejudice, because there is not

a genuine issue of material fact and Defendants are entitled to judgment as a matter of law. Plaintiffs' lawsuit is barred in its entirety by Tennessee's products liability statute of repose.

Dated:  June 28, 2019.

        Respectfully submitted,

        s/ Patrick G. Walker
| | |
|---|---|
| Richard D. Underwood | BPR No. 14515 |
| Patrick G. Walker | BPR No. 26931 |
| Henry B. Talbot | BPR No. 32396 |

FARRIS BOBANGO BRANAN PLC
999 South Shady Grove Rd., Suite 500
Memphis, Tennessee 38120
Telephone: 901-259-7100
Facsimile: 901-259-7150
runderwood@farris-law.com
pwalker@farris-law.com
htalbot@farris-law.com

*and*

John F. Weeks IV (*pro hac vice*)
Georgia Bar No. 335528
Benjamin E. Reed (*pro hac vice*)
Georgia Bar No. 719210
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1230 Peachtree St. NE
Atlanta, Georgis 30309
Telephone: 404-815-3500
Facsimile: 404-815-3509
jweeks@sgrlaw.com
breed@sgrlaw.com

*Attorneys for Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.*

CERTIFICATE OF SERVICE

      The undersigned certifies that on June 28, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties (if any) will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                           s/ Patrick G. Walker